BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ZILLOW GROUP, INC., SESSION REPLAY SOFTWARE CONSUMER PRIVACY LITIGATION, | CASE MDL NO. 3057 |

### DEFENDANT MICROSOFT CORPORATION'S RESPONSE TO MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Defendant Microsoft Corporation supports co-defendant Zillow Group, Inc's Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (the "Motion"). For the same reasons discussed in Zillow's Motion, Microsoft agrees that the eight Actions identified in the Motion should be transferred for centralization to the Western District of Washington.

On November 10, 2022, Zillow filed a notice to withdraw its Motion based on the Parties' agreement to achieve centralization in the Western District of Washington pursuant 28 U.S.C. § 1404(a) in lieu of § 1407. Microsoft files this Response consistent with the briefing schedule set by the Panel because no action has been taken by the Panel with respect to that notice, but Microsoft supports centralization in the Western District of Washington through either procedural mechanism.

| | |
|---|---|
| Dated: November 10, 2022 | By: */s/ James G. Snell*<br>James G. Snell, CA #173070<br>**PERKINS COIE LLP**<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>Phone: 650.838.4300 / 1.866.737.5461<br>Fax: 650.838.4350<br>Email: JSnell@perkinscoie.com<br><br>***Attorney for Defendant Microsoft Corporation*** |